IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT  1:12CR 261 |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. _____ |
| v. | ) | Title 18, Section 922(g)(1), |
| | ) | United States Code |
| TIMOTHY W. WILKINS, | ) | |
| | ) | |
| Defendant. | ) | JUDGE LIOI |

The Grand Jury charges:

On or about April 30, 2012, in the Northern District of Ohio, Eastern Division, TIMOTHY W. WILKINS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Assault and Failure to Comply with Signal/Order of a Peace Officer, in Case Number 06-490486, in the Cuyahoga County Common Pleas Court, on or about February 20, 2007, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Bryco Arms, Model Jennings T380, .380 caliber pistol, serial number 1429808, and 5 rounds of .380 ammunition, in violation of Title 18, Section 922(g)(1), United States Code.

                                                            A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.