Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NUMBER:  1:12CR261 |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | JUDGE SARA LIOI |
| | ) | |
| TIMOTHY W. WILKINS | ) | |
| | ) | |
| Defendant(s) | ) | |

# EXHIBIT AND WITNESS LIST

Plaintiff(s) Counsel:
AUSA Jason Katz


Defendant(s) Counsel:
Jacqueline Johnson


08/22/2012

| PLTF. NO. | DEFT. NO. | DATE | OBJ. | ADMIT | NOT ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|---|
| Witness |  | 08/22/2012 |  |  |  | Witness: Steven Schmitz, Cleveland PD |
| 1 |  | 08/22/2012 |  | X |  | Lincoln Studgions, Traffic Ticket |
|  | Y | 08/22/2012 |  | X |  | Field Report |
|  | X | 08/22/2012 |  | X |  | Map of area of traffic stop |
|  | C | 08/22/2012 |  | X |  | Photo of license plate |
|  | E | 08/22/2012 |  | X |  | Photo of street scene |
|  | F | 08/22/2012 |  | X |  | Photo of street scene |
|  | G | 08/22/2012 |  | X |  | Photo of street scene |
|  | H | 08/22/2012 |  | X |  | Photo of street scene |
|  | I | 08/22/2012 |  | X |  | Photo of street scene |
|  | J | 08/22/2012 |  | X |  | Photo of street scene |
|  | K | 08/22/2012 |  | X |  | Photo of street scene |
|  | L | 08/22/2012 |  | X |  | Photo of street scene |
|  | M | 08/22/2012 |  | X |  | Photo of street scene |
|  | N | 08/22/2012 |  | X |  | Photo of street scene |
|  | O | 08/22/2012 |  | X |  | Photo of street scene at Nadia's |
|  | P | 08/22/2012 |  |  | X | Photo of street scene |
|  | Q | 08/22/2012 |  | X |  | Photo of vehicle front seat |
|  | R | 08/22/2012 |  | X |  | Photo of vehicle interior |
|  | S | 08/22/2012 |  | X |  | Photo of vehicle interior |
|  | T | 08/22/2012 |  | X |  | Photo of vehicle interior |
| 2 |  | 08/22/2012 |  | X |  | Google Map of area of stop with markings |
| Witness |  | 08/22/2012 |  |  |  | Witness: Vasile Nan, Cleveland PD |
|  | B | 08/22/2012 |  | X |  | Photo of front of vehicle |
|  | D | 08/22/2012 |  | X |  | Photo of rear of vehicle |
|  | A | 08/22/2012 |  | X |  | Copy of title of Studgions vehicle |
| 3 |  | 08/22/2012 |  | X |  | Photo of vehicle front seats |
|  | Witness | 08/22/2012 |  |  |  | Witness: Lincoln Studgions |
|  | U | 08/22/2012 |  | X |  | Photo of drive thru deli on E. 116th street |
|  | V | 08/22/2012 |  | X |  | Photo |
| 4 |  | 08/22/2012 |  | X |  | Markings on map of stops by Studgions and Wilkins |
| 5 |  | 08/22/2012 |  | X |  | Letter 11/21/11 re: peace officer training |
|  | W | 08/22/2012 |  | X |  |  |

PAGE 2 OF ___ PAGES