UNITED STATES OF AMERICA

        Plaintiff,

v.                 Case No.: 1:12–cr–00261–SL

                    Judge Sara Lioi

Timothy W. Wilkins

        Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

  Notice as to Timothy W. Wilkins. Sentencing set for 11/19/2012 at 10:30 AM in Courtroom 530 before Judge Sara Lioi. (P,J)

**PLACE**
United States Courthouse
Federal Building
Two South Main Street
Akron, OH
44308

September 10, 2012

                          Geri M. Smith, Clerk
                  Jacqueline J. Porter, Deputy Clerk